PER CURIAM.

(No. 75-CC-508— )

CENTRAL ILLINOIS LIGHT CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed June 5, 1975.*

O'HERN & WOMBACHER, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.